UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COREY DARNELL MCKAY | CIVIL ACTION |
| VERSUS | NO. 06-5770 |
| TERREBONNE PARISH SHERIFF'S OFFICE | SECTION "J" (2) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's untimely objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for temporary restraining order and/or preliminary injunction and/or a Rule 35 medical examination, Record Doc. No. 9, is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this  17th  day of   January  , 2007.

_____
UNITED STATES DISTRICT JUDGE